ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
Email: ccoverdaleesq@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, AND
ORIGINAL SOUND RECORD CO.

FILED
10 SEP -3 PM 2:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ______

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER COMMUNICATIONS INC., a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; TREVOR TAHIEM SMITH, JR., pka BUSTA RHYMES, an individual; CHARLIE BROWN, an individual; DINCO D, an individual; and DJ CUT MONITOR MILO, an individual,<br><br>Defendants. | CASE NO. CV10 6620 MMM (Ex)<br><br>**COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT;**<br>**(2) STATE LAW UNFAIR COMPETITION;**<br>**(3) VIOLATION OF CALIFORNIA CIVIL CODE 980**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiffs Drive-In Music Company, ("DRIVE-IN"), and Original Sound Record Co., ("OSRC") allege as follows:

///

I.

**FIRST CLAIM FOR RELIEF**

**FOR COPYRIGHT INFRINGEMENT**

**(Against All Defendants)**

**Jurisdiction and Venue**

1. This U.S. District Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a), in that this is an action arising "...under any Act of Congress relating to ... copyrights." The Court has supplemental jurisdiction over the non-federal claims, pursuant to 28 U.S.C. 1338 in that the non-federal claims arise out of the same facts and circumstances as the federal claim for copyright infringement.

2. Venue is appropriate under 28 U.S.C. §1400(a) in that the defendants and/or their agents may be found within the Central District of California.

**The Parties**

**Plaintiffs Drive-In Music Company and**

**Original Sound Record Co.**

3. Plaintiff DRIVE-IN is a California corporation, whose principal place of business is located at 7120 West Sunset Boulevard, Hollywood, California 90046. DRIVE-IN is a music publishing company. DRIVE-IN owns copyrights to musical compositions, and licenses and exploits its musical compositions. DRIVE-IN owns the musical composition at issue entitled "Let A Woman Be A Woman, Let A Man Be A Man" ("LET A WOMAN") as composed by Arlester Christian.

4. Plaintiff OSRC is a California corporation, whose principal place of business is located at 7120 West Sunset

Boulevard, Hollywood, California 90046, which operates a record company that has created sound recordings, which OSRC owns, manufactures, sells, and distributes. During 1969, OSRC created and has owned from that date, the (OSRC label identified as OS-89) sound recording, "Let A Woman Be A Woman, Let A Man Be A Man," performed by "Dyke And The Blazers," under contract as a recording artist to OSRC. A copy of the OSRC OS-89 recording is attached as Exhibit No. 1 to this complaint.

## Defendants

5. Defendant Elektra Entertainment Group Inc., ("ELEKTRA"), is a Delaware corporation, with its principal place of business located in Los Angeles, California and/or New York City, New York.

6. Defendant Warner Communications, Inc., ("WARNER COMMUNICATIONS") is a Delaware corporation, with its principal place of business located in New York, New York.

7. Defendant Warner Music Group Corp., ("WARNER MUSIC GROUP") is a Delaware corporation, with its principal place of business located in New York, New York.

8. Defendant Atlantic Recording Corporation ("ATLANTIC") is a Delaware corporation, with its principal place of business located in New York, New York.

9. Plaintiffs allege, on information and belief, that defendant ELEKTRA is owned and/or is a division of defendants WARNER COMMUNICATIONS, WARNER MUSIC GROUP and/or ATLANTIC.

10. Defendant Trevor Tahiem Smith, Jr., pka "Busta Rhymes" ("RHYMES") is a composer and recording artist, whose place of residence is unknown.

11. Defendant Charlie Brown ("BROWN") is a composer and recording artist, whose place of residence is unknown.

12. Defendant Dinco D ("DINCO") is a composer and recording artist, whose place of residence is unknown.

13. Defendant DJ Cut Monitor Milo ("DJ CUT") is a composer and recording artist, whose place of residence is unknown.

14. Plaintiffs allege, on information and belief, that in 1990, defendants RHYMES, BROWN, DINCO and DJ CUT formed a music group known as "Leaders of the New School" ("LONS").

15. Plaintiffs refer collectively to defendants: (1) ELEKTRA; (2) WARNER COMMUNICATIONS; (3) WARNER MUSIC; (4) ATLANTIC; (5) RHYMES; (6) BROWN; (7) DINCO; and (8) DJ CUT as "DEFENDANTS."

**Nature of the Claims**

16. DEFENDANTS' manufacturing and distribution of both the sound recording and composition entitled "Case of the P.T.A.," identified on the ELEKTRA and WARNER COMMUNICATIONS recording "A Future Without A Past," (1) initially released in 1991 (CD cover and CD attached as Exhibit No. 2) and presently offered for sale and being sold on Rhapsody and Amazon.com, infringes DRIVE-IN's musical composition LET A WOMAN and infringes the common law copyright of OSRC's rights in the 1969 master recording of LET A WOMAN.

**The Infringed Musical Composition**

17. In 1969, Arlester Christian composed a musical composition entitled "Let a Woman Be A Woman, (and Let A Man Be A Man)," ("LET A WOMAN").

18. The composition, LET A WOMAN, is an original work that is subject to protection under the United States Copyright

Act.

19. In 1969, Arlester Christian assigned the copyright to the LET A WOMAN composition, including all rights of renewal, to the plaintiff, DRIVE-IN.

20. On August 13, 1969, DRIVE-IN complied with all U.S. law and obtained a U.S. Copyright Registration for the musical composition, LET A WOMAN, Registration No. EP 261802.

21. From August 13, 1969 to the present, DRIVE-IN has published and/or licensed for publication, the musical composition, LET A WOMAN.

22. Thereafter, upon the passing away of Arlester Christian, all heirs of Arlester Christian confirmed and assigned all rights in the renewal copyright to DRIVE-IN, renewal Copyright Registration RE0000929138.

23. From August 13, 1969, to the present, plaintiff DRIVE-IN has been and remains the exclusive owner of the copyright and all right, title, and interest, in and to the copyright to the musical composition, LET A WOMAN.

24. LET A WOMAN is considered a classic recording in the "Funk" genre of music, DRIVE-IN has licensed LET A WOMAN to numerous record companies, and the composition has been extensively exploited in the United States, and throughout the world.

**The Infringing Work**

25. Plaintiffs allege that commencing sometime in 1990, DEFENDANTS created a musical composition and sound recording entitled "Case of the P.T.A.," track No. 2 on the "A Future Without A Past" record album (Ex. No. 2), identified as manufactured and distributed by ELEKTRA and WARNER COMMUNICATIONS. The recording

and therefore the musical composition "Case of the P.T.A." includes elements of the actual recording and therefore the musical composition of "LET A WOMAN."

26. The "A Future Without A Past" recording which contains "Case of the P.T.A.," is offered for sale on MP3 downloads and from other internet download entities.

27. DEFENDANTS manufactured, sold, and licensed others to manufacture and sell in the United States, the infringing "Case of the P.T.A." sound recording and composition. DEFENDANTS, or those who represented DEFENDANTS, made copies of the recording "Case of the P.T.A.," and sent copies of those recordings from the United States to be copied, manufactured and marketed outside of the United States.

28. Plaintiffs first had any knowledge, or suspicion or were on notice of the infringement of DEFENDANTS in their creation, marketing, manufacturing or sale of "Case of the P.T.A." in the year 2010.

29. DEFENDANTS' infringing acts were willful and deliberate.

30. DEFENDANTS are liable to plaintiffs for willful copyright infringement under 17 U.S.C. Section 501. Plaintiffs are entitled to their damages and DEFENDANTS' profits.

31. Plaintiffs do not have an adequate remedy at law for DEFENDANTS' wrongful conduct and request injunctive relief pursuant to 17 U.S.C. Section 502 and impoundment of DEFENDANTS' products.

///

///

///

II.

SECOND CLAIM FOR RELIEF

CALIFORNIA STATE COMMON LAW UNFAIR COMPETITION

(Against All Defendants)

32. Plaintiffs incorporate paragraphs Nos. 1 through 31 as if fully set forth in this paragraph.

33. Plaintiff OSRC is the owner of the 1969 sound recording ("1969 RECORDING") of "Let A Woman Be A Woman Let A Man Be A Man," as performed by Arlester Christian (Ex. No. 1).

34. The rights to exploitation of the 1969 RECORDING were not pre-empted by the 1976 Copyright Act, and are protected by state common law.

35. DEFENDANTS, and each of them, without permission of OSRC, copied and exploited, and presently copy and exploit, the OSRC 1969 RECORDING.

36. Plaintiff OSRC had no knowledge and was not on notice of DEFENDANTS' unlawful acts until 2010.

37. OSRC has been damaged in an amount to be proven at trial.

38. The acts of DEFENDANTS were willful and fraudulent, and OSRC is entitled to punitive damages.

III.

THIRD CLAIM FOR RELIEF

Violation of California Civil Code 980

(Against All Defendants)

39. Plaintiffs incorporate paragraphs Nos. 1 through 31 as if fully set forth in this paragraph.

40. DEFENDANTS and each of them jointly and severally

have violated OSRC's rights in the 1969 MASTER as provided by California Civil Code 980.

41. Plaintiff OSRC seeks damages according to proof.

Wherefore, plaintiffs DRIVE-IN and OSRC respectfully request:

1. Judgment against DEFENDANTS, jointly and severally, for copyright infringement of the musical composition, LET A WOMAN;

2. For damages and disgorgement of profits or benefit of DEFENDANTS from their exploitation of the infringing work;

3. For permanent injunctive relief;

4. For an order pursuant to 15 U.S.C. Sections 503 and 509 mandating the impounding of all infringing copies of "Case of the P.T.A."

5. For DEFENDANTS' profits and gains from exploitation of the sound recording;

6. For damages according to proof;

7. For prejudgment interest;

8. For punitive damages;

9. For costs of suit; and

10. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: August 27, 2010 By: ______________________

Allen Hyman
Attorneys for Plaintiffs, DRIVE-IN MUSIC COMPANY, and ORIGINAL SOUND RECORD CO.

**DEMAND FOR JURY TRIAL**

Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1, plaintiffs DRIVE-IN and OSRC request a trial by jury.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: August 27, 2010 By: ______________________
Allen Hyman
Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, and
ORIGINAL SOUND RECORD CO.


ORIGINAL SOUND®
7120 Sunset Blvd., Hollywood 46, Calif.
(BMI)
OS-89
Produced by
LET A WOMAN BE A WOMAN
LET A MAN BE A MAN
DYKE AND THE BLAZERS

EXHIBIT
1

Future Without a Past




EXHIBIT 2


A TIME WARNER COMPANY ALL RIGHTS RESERVED UNAUTHORIZED DUPLICATION IS A VIOLATION OF APPLICABLE LAWS
Elektra
COMPACT DISC DIGITAL AUDIO
MADE IN U.S.A. BY WEA MANUFACTURING INC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV10- 6620 MMM (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

Allen Hyman, Esq. (CBN: 73371)
E: lawoffah@aol.com
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,

PLAINTIFF(S)

v.

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SEE ATTACHMENT A

DEFENDANT(S).

CASE NUMBER

CV10 6620 MMM (Ex)

**SUMMONS**

TO: DEFENDANT(S): ______________________________

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ __________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Allen Hyman, Esq., whose address is Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP - 3

By: CHRISTOPHER POWERS
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**ATTACHMENT A**

WARNER COMMUNICATIONS INC., a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; TREVOR TAHIEM SMITH, JR., pka BUSTA RHYMES, an individual; CHARLIE BROWN, an individual; DINCO D, an individual; and DJ CUT MONITOR MILO, an individual,

Defendants.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Drive-In Music Company; Original Sound Record Co.

**DEFENDANTS**
Elektra Entertainment Group, Inc.; Warner Communications Inc ; Warner Music Group Corp.; Atlantic Recording Corporation; Trevor Tahiem Smith, Jr., Pka Busta Rhymes; Charlie Brown; Dinco D; DJ Cut Monitor Milo

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Allen Hyman, Esq., Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602; P: (818) 763-6289

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** To be proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for Copyright Infringement, 17 U.S.C. Section 101, et seq.

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☑ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV10 6620

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ______ **Date** September 2, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |